IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dale Zahradka,<br><br>           Plaintiff,<br><br>   v.<br><br>The Raymond Corporation and,<br>NMC Industrial Services, LLC d/b/a NMC Material Handling<br><br>           Defendant. | CASE NO. 3:24-CV-74 |

**Third Amended Scheduling/Discovery Plan**

¶1   The parties, by and through their counsel of record, submit this Joint Stipulation to Amend the Scheduling and Discovery Plan.  The parties propose the following stipulated amendments to the Scheduling and Discovery Plan:

   1.   The parties shall have until **May 4, 2026** to complete fact discovery.  Written discovery to be served a minimum of thirty-three (33) days prior to fact discovery deadline.

   2.   The parties shall have until **May 17, 2026** to file discovery motions.

   3.   The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

      a.   **Plaintiff:  June 2, 2026**

      b.   **Defendants: August 3, 2026**

      c.   **Rebuttal Experts:  September 1, 2026**

(Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records).

4. The parties shall have until **October 4, 2026** to complete discovery depositions of expert witnesses.

5. The parties shall have until **August 4, 2026** to file other dispositive motions.

6. Each party shall serve no more than **50** interrogatories, including subparts, on any other party.  (The case is fact intensive.)

7. Each side shall take no more than **20** discovery depositions.

8. Depositions taken for presentation at trial shall be completed **15** days before trial.

9. Counsel have discussed between themselves and explored with their clients early involvement in alternative dispute resolution.  The following option(s) would be appropriate in this case.

   __X__ **Mediation** (choose one):

   __X__ private mediator

   ____ court-hosted early settlement conference

11. The parties shall be ready to evaluate the case for settlement purposes by **February 16, 2026.**

12. A mid-discovery status conference **would** be helpful in this case.

13. The parties **will not** voluntarily waive their rights to proceed before a district judge and consent to have a magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

14. Trial of this case will be **jury**.

15. Trial is currently scheduled for **April 7-10, 2026.** The Parties hereby request an updated trial date based on the above stipulated deadlines.

|  |  |
|---|---|
| | WEIKUM INJURY LAW |
| Dated: October 8, 2025 | By: /s/ *Jeffrey S. Weikum* |
| | Jeffrey S. Weikum |
| | ND Lic. No. 05344 |
| | 2000 Schafer Street, Suite C |
| | Bismarck, ND 58501 |
| | 701.354.0124 |
| | Correspondence: *jeff@weikuminjurylaw.com* |
| | Service: *service@weikuminjurylaw.com* |
| | ATTORNEY FOR PLAINTIFF |
| | |
| Dated: October 8, 2025 | QUARLES & BRADY LLP |
| | By: /s/ *Cody A. Linday* |
| | Raymond D. Jamieson |
| | WI Lic. No. 1027076 |
| | Cody A. Linday |
| | WI Lic. No. 1125852 |
| | 411 E. Wisconsin Ave., Suite 2400 |
| | Milwaukee, WI 53202 |
| | 414.277.5000 |
| | *raymond.jamieson@quarles.com* |
| | *cody.linday@quarles.com* |
| | |
| | -- and -- |
| | |
| | VOGEL LAW FIRM |
| | Robert G. Manly |
| | ND Lic. No. 05500 |
| | PO Box 1389 |
| | Fargo, ND 58107-1389 |
| | 701.237.6983 |
| | *rmanly@vogellaw.com* |
| | ATTORNEYS FOR DEFENDANT |
| | THE RAYMOND CORPORATION |

|  |  |
|---|---|
| Dated: October 8, 2025 | FISHER BREN & SHERIDAN, LLP<br>By: /s/ *Jenna R. Bergman*<br>    Jenna R. Bergman<br>    ND Lic. No. 08619<br>    Steven J. Sheridan<br>    MN Lic. No. 266280<br>920 Second Avenue South, Suite 975<br>Minneapolis, MN 55402<br>612-332-0100<br>*jbergman@fisherbren.com*<br>*ssheridan@fisherbren.com*<br>ATTORNEY FOR DEFENDANT<br>NMC INDUSTRIAL SERVICE, LLC<br>d/b/a NMC MATERIAL HANDLING |