**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Dale Zahradka,<br><br>         Plaintiff,<br><br>  v.<br><br>The Raymond Corporation and,<br>NMC Industrial Services, LLC d/b/a NMC<br>Material Handling<br><br>         Defendant. | CASE NO. 3:24-CV-74 |

**Fourth Amended Scheduling/Discovery Plan**

¶1     The parties, by and through their counsel of record, submit this Joint Stipulation to Amend the Scheduling and Discovery Plan.  The parties propose the following stipulated amendments to the Scheduling and Discovery Plan:

1.     The parties shall have until **<u>November 30, 2026</u>** to complete fact discovery. Written discovery to be served a minimum of <u>thirty (30) days prior</u> to fact discovery deadline.

2.     The parties shall have until **<u>December 14, 2026</u>** to file discovery motions.

3.     The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

     a.    **Plaintiff:  <u>December 29, 2026</u>**

     b.    **Defendants: <u>March 1, 2027</u>**

     c.    **Rebuttal Experts:  <u>March 30, 2027</u>**

(Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records).

4.      The parties shall have until **May 3, 2027** to complete discovery depositions of expert witnesses.

5.      The parties shall have until **May 21, 2027** to file other dispositive motions.

6.      Each party shall serve no more than **50** interrogatories, including subparts, on any other party.  (The case is fact intensive.)

7.      Each side shall take no more than **20** discovery depositions.

8.      Depositions taken for presentation at trial shall be completed **15** days before trial.

9.      Counsel have discussed between themselves and explored with their clients early involvement in alternative dispute resolution.  The following option(s) would be appropriate in this case.

   X    **Mediation** (choose one):

    X    private mediator

    ____    court-hosted early settlement conference

11.      The parties shall be ready to evaluate the case for settlement purposes by **November 1, 2026.**

12.      A mid-discovery status conference **would** be helpful in this case.

13.      The parties **will not** voluntarily waive their rights to proceed before a district judge and consent to have a magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

14.      Trial of this case will be **jury**.

15.     Trial is currently scheduled for **February 2  2027.** The Parties hereby request an updated trial date based on the above stipulated deadlines.

WEIKUM INJURY LAW

Dated: July 9, 2026                    By: */s/Jeffrey S. Weikum*
Jeffrey S. Weikum ND Lic. No. 05344
2000 Schafer Street, Suite C
Bismarck, ND 58501
701.354.0124
Correspondence: *jeff@weikuminjurylaw.com*
Service: *service@weikuminjurylaw.com*
ATTORNEY FOR PLAINTIFF


Dated: July 9, 2026                    QUARLES & BRADY LLP
By: */s/Raymond D. Jamieson*
          Raymond D. Jamieson
          WI Lic. No. 1027076
          Cody A. Linday
          WI Lic. No. 1125852
411 E. Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
414.277.5000
*raymond.jamieson@quarles.com*
*cody.linday@quarles.com*

          *-- and --*

VOGEL LAW FIRM
Robert G. Manly
ND Lic. No. 05500
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
*rmanly@vogellaw.com*
ATTORNEYS FOR DEFENDANT
THE RAYMOND CORPORATION

Dated: July 9, 2026

FISHER BREN & SHERIDAN, LLP

By: /s/ Jenna Bergman

Jenna R. Bergman
ND Lic. No. 08619
Steven J. Sheridan
MN Lic. No. 266280
920 Second Avenue South, Suite 975
Minneapolis, MN 55402
612-332-0100
*jbergman@fisherbren.com*
*ssheridan@fisherbren.com*
ATTORNEY FOR DEFENDANT
NMC INDUSTRIAL SERVICE, LLC
d/b/a NMC MATERIAL HANDLING